No. 1187, Misc. VICKERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Nelson Woodson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1309, Misc. HODGE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Robert F. Hedgepath,* Assistant Attorney General, for respondent.

No. 1337, Misc. LEWIS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 1369, Misc. SALINAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1374, Misc. CURCIO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1414, Misc. BROWNE *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1428, Misc. FAIRHURST *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Herman I. Pollock* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1515, Misc. LOWE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.